STATE v. DIGGS

No. 426P89

Case below: 95 N.C.App. 661

Petition by defendant (Berry) for discretionary review pursuant to G.S. 7A-31 denied 9 October 1989. Petition by defendant for writ of supersedeas and temporary stay denied 9 October 1989.

STATE v. FREUND

No. 406A89

Case below: 95 N.C.App. 661

Petition by the Attorney General for writ of supersedeas and temporary stay allowed 25 September 1989.

STATE v. FRY

No. 306P89

Case below: 94 N.C.App. 390

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

STATE v. MASHACK

No. 287P89

Case below: 94 N.C.App. 225

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

STATE v. MEADLOCK

No. 364P89

Case below: 95 N.C.App. 146

Petition by the Attorney General for writ of supersedeas and temporary stay denied 5 October 1989. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.